1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN BERNARDO RODRIGUZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. CR.S. 09-00224-WBS
                                    )
12            Plaintiff,            )
                                    )   **STIPULATION AND ORDER RE**
13       v.                         )   **CONTINUANCE OF STATUS HEARING AND**
                                    )   **FINDINGS OF EXCLUDABLE TIME**
   JORGE ALVAREZ ALVAREZ, et al.,   )
14                                  )   DATE:  August 17, 2009
              Defendant.            )   TIME:  8:30 a.m.
15                                  )   JUDGE: Hon. William B. Shubb
   _____ )
16

17       JORGE ALVAREZ ALVAREZ, by and through his counsel MICHAEL L.

18 CHASTAINE, JORGE GUTIERREZ CAMACHO by and through his attorney DINA L.

19 SANTOS, JASMINE MAUREEN COOK-VENEGAS by and through her counsel J.

20 TONEY, MIGUEL RUIZ MARTINEZ, by and through his counsel CLEMENTE M.

21 JIMENEZ, JUAN BERNARDO RODRIGUEZ, by and through his counsel, DENNIS S.

22 WAKS, Supervising Assistant Federal Defender, and the United States

23 Government, by and through its counsel, TODD D. LERAS, Assistant United

24 States Attorney, hereby agree that the status conference set for June

25 22, 2009 be continued for a status conference on August 17, 2009 at

26 8:30 a.m.  This continuance is requested because counsel for the

27 defendants require additional time to obtain and review discovery,

28 continue our investigation, and to interview our clients and other

1  witnesses.   The defendants in this case consent to this continuance.

2         Counsel, along with the defendants agree that the time from the

3  date of this order through August 17, 2009 should be excluded in

4  computing the time within which trial must commence under the Speedy

5  Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to

6  prepare].

7  DATED: June 18, 2009

8                                    Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10
                                     /S/ Dennis S. Waks
11                                   _____
                                     DENNIS S. WAKS
12                                   Supervising Assistant Federal Defender
                                     Attorney for Defendant
13                                   JUAN BERNARDO RODRIGUEZ

14 DATED: June 18, 2009
                                     /S/ Dennis S. Waks for
15                                   _____
                                     MICHAEL L. CHASTAINE
16                                   Attorney for JORGE ALVAREZ ALVAREZ

17 DATED: June 18, 2009
                                     /S/ Dennis S. Waks for
18                                   _____
                                     DINA LEE SANTOS
19                                   Attorney for JORGE GUTIERREZ CAMACHO

20 DATED: June 18, 2009

21                                   /S/ Dennis S. Waks for
                                     _____
22                                   J. TONY
                                     Attorney for JASMINE MAUREEN COOK-VENEGAS
23
   DATED:   June 18, 2009
24
                                     /S/ Dennis S. Waks for
25                                   _____
                                     CLEMENTE M. JIMENEZ
26                                   Attorney for MIGUEL RUIZ MARTINEZ

27 / / /

28 / / /

                                     2

1          LAWRENCE G. BROWN
           Acting United States Attorney
2
   DATE: June 18, 2009
3          /S/ Dennis S. Waks for
           _____
4          TODD D. LERAS
           Assistant United States Attorney
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN BERNARDO RODRIGUEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) NO. CR.S. 09-00224-WBS
                                  )
12              Plaintiff,        )
                                  ) **ORDER RE CONTINUANCE OF STATUS**
13         v.                     ) **HEARING AND FINDINGS OF**
                                  ) **EXCLUDABLE TIME**
                                  )
14 JORGE ALVAREZ ALVAREZ, et al., ) DATE:  August 17, 2009
                                  ) TIME:  8:30 a.m.
15              Defendant.        ) JUDGE: Hon. William B. Shubb
                                  )
16 _____

17                        **ORDER AND FINDINGS**

18      The new status conference is set for August 17, 2009 at 8:30 a.m.

19 The court finds that the interests of justice are best served and the

20 public interest is protected by granting the continuance in the above-

21 captioned matter.  Accordingly, time is excluded from the date of this

22 order through August 17, 2009, in computing the time within which trial

23 must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C.

24 §3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

25 DATED:  June 19, 2009

26

27 _____
          WILLIAM B. SHUBB
28        UNITED STATES DISTRICT JUDGE

                                  4