```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN BERNARDO RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JORGE ALVAREZ ALVAREZ, et al.,<br><br>   Defendants. | NO. CR.S. 09-00224-WBS<br><br>**ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:  November 16, 2009<br>TIME:  8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for November 16, 2009, at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time is excluded from the date of this order through November 16, 2009, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare.]

DATED: October 1, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE