```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JUAN BERNARDO RODRIGUEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | NO. CR.S. 09-00224-WBS |
|                                  ) | |
|            Plaintiff,            ) | |
|                                  ) | **STIPULATION AND ORDER RE:** |
|      v.                          ) | **CONTINUANCE OF STATUS HEARING AND** |
|                                  ) | **FINDINGS OF EXCLUDABLE TIME** |
| JORGE ALVAREZ ALVAREZ, et al.,   ) | |
|                                  ) | DATE:  January 25, 2010 |
|            Defendants.           ) | TIME:  8:30 a.m. |
|                                  ) | JUDGE: Hon. William B. Shubb |
| _____ ) | |

JORGE ALVAREZ ALVAREZ, by and through his counsel MICHAEL L. CHASTAINE, JORGE GUTIERREZ CAMACHO by and through his attorney DINA L. SANTOS, JASMINE MAUREEN COOK-VENEGAS by and through her counsel J. TONEY, MIGUEL RUIZ MARTINEZ, by and through his counsel CLEMENTE M. JIMENEZ, JUAN BERNARDO RODRIGUEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, TODD D. LERAS, Assistant United States Attorney, hereby agree that the status conference set for November 16, 2009, be continued for a status conference on January 25, 2010, at 8:30 a.m.  This continuance is requested because counsel for the defendants require additional time to obtain and review discovery, continue our investigation, and to interview our clients and other

witnesses.  The defendants in this case consent to this continuance.

Counsel, along with the defendants agree that the time from the date of this order through January 25, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: November 13, 2009   Respectfully submitted,

```
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    JUAN BERNARDO RODRIGUEZ
DATED: November 13, 2009
                                    /S/ Dennis S. Waks for
                                    _____
                                    MICHAEL L. CHASTAINE
                                    Attorney for JORGE ALVAREZ ALVAREZ
DATED: November 13, 2009
                                    /S/ Dennis S. Waks for
                                    _____
                                    DINA LEE SANTOS
                                    Attorney for JORGE GUTIERREZ CAMACHO
DATED: November 13, 2009
                                    /S/ Dennis S. Waks for
                                    _____
                                    J. TONY, Attorney for
                                    JASMINE MAUREEN COOK-VENEGAS
DATED: November 13, 2009
                                    /S/ Dennis S. Waks for
                                    _____
                                    CLEMENTE M. JIMENEZ
                                    Attorney for MIGUEL RUIZ MARTINEZ
```

/ / /

/ / /

/ / /

/ / /

/ / /

2

```
                                      BEN WAGNER
                                      United States Attorney

DATE: November 13, 2009
                                      /S/ Dennis S. Waks for
                                      _____
                                      TODD D. LERAS
                                      Assistant United States Attorney
```

```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN BERNARDO RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-00224-WBS |
| Plaintiff, ) | |
| ) | **ORDER RE: CONTINUANCE OF STATUS** |
| v. ) | **HEARING AND FINDINGS OF** |
| ) | **EXCLUDABLE TIME** |
| JORGE ALVAREZ ALVAREZ, et al., ) | DATE: January 25, 2010 |
| ) | TIME: 8:30 a.m. |
| Defendants. ) | JUDGE: Hon. William B. Shubb |

_____

**ORDER AND FINDINGS**

The new status conference is set for January 25, 2010, at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time is excluded from the date of this order through January 25, 2010, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare.]

DATED: November 13, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4