```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JUAN BERNARDO RODRIGUEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S. 09-00224-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE:** |
| v. | ) | **CONTINUANCE OF STATUS HEARING AND** |
| | ) | **FINDINGS OF EXCLUDABLE TIME** |
| JORGE ALVAREZ ALVAREZ, et al., | ) | |
| | ) | DATE: April 5, 2010 |
| Defendants. | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| _____ | ) | |

JORGE ALVAREZ ALVAREZ, by and through his counsel MICHAEL L. CHASTAINE, JORGE GUTIERREZ CAMACHO by and through his attorney DINA L. SANTOS, JASMINE MAUREEN COOK-VENEGAS by and through her counsel J. TONEY, MIGUEL RUIZ MARTINEZ, by and through his counsel CLEMENTE M. JIMENEZ, JUAN BERNARDO RODRIGUEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, TODD D. LERAS, Assistant United States Attorney, hereby agree that the status conference set for March 8, 2010, be continued for a status conference on April 5, 2010, at 8:30 a.m.  This continuance is requested because counsel for the defendants require additional time to obtain and review discovery, continue our investigation, and to interview our clients and other witnesses.  The

1  defendants in this case consent to this continuance.

2         Counsel, along with the defendants agree that the time from the
3  date of this order through April 5, 2010, should be excluded in
4  computing the time within which trial must commence under the Speedy
5  Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to
6  prepare].

7  DATED: March 5, 2010              Respectfully submitted,

8                                    DANIEL J. BRODERICK
                                     Federal Defender
9
                                     /S/ Dennis S. Waks
10                                   _____
                                     DENNIS S. WAKS
11                                   Supervising Assistant Federal Defender
                                     Attorney for Defendant
12                                   JUAN BERNARDO RODRIGUEZ
    DATED: March 5, 2010
13                                   /S/ Dennis S. Waks for

14                                   _____
                                     MICHAEL L. CHASTAINE
                                     Attorney for JORGE ALVAREZ ALVAREZ
15  DATED: March 5, 2010
                                     /S/ Dennis S. Waks for
16
                                     _____
                                     DINA LEE SANTOS
17                                   Attorney for JORGE GUTIERREZ CAMACHO
    DATED: March 5, 2010
18
                                     /S/ Dennis S. Waks for
19
                                     _____
                                     J. TONY, Attorney for
20                                   JASMINE MAUREEN COOK-VENEGAS
    DATED: March 5, 2010
21
                                     /S/ Dennis S. Waks for
22
                                     _____
                                     CLEMENTE M. JIMENEZ
23                                   Attorney for MIGUEL RUIZ MARTINEZ

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

```
DATE:   March 5, 2010            BENJAMIN B. WAGNER
                                 United States Attorney


                                 /S/ Dennis S. Waks for
                                 _____
                                 TODD D. LERAS
                                 Assistant United States Attorney
```

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN BERNARDO RODRIGUEZ
6
                   IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,       ) NO. CR.S. 09-00224-WBS
9                                  )
              Plaintiff,            )
10                                 ) **ORDER RE: CONTINUANCE OF STATUS**
        v.                         ) **HEARING AND FINDINGS OF**
11                                 ) **EXCLUDABLE TIME**
                                   )
12 JORGE ALVAREZ ALVAREZ, et al.,  ) DATE:   April 5, 2010
                                   ) TIME:   8:30 a.m.
13            Defendants.           ) JUDGE:  Hon. William B. Shubb
                                   )
14 _____

15                          **ORDER AND FINDINGS**

16     The new status conference is set for April 5, 2010, at 8:30 a.m.
17 The court finds that the interests of justice are best served and the
18 public interest is protected by granting the continuance in the above-
19 captioned matter.  Accordingly, time is excluded from the date of this
20 order through March 5, 2010, in computing the time within which trial
21 must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C.
22 §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare.]
23 DATED:  March 8, 2010

                               _____
                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE

4