```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JUAN BERNARDO RODRIGUEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S. 09-00224-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE:** |
| v. | ) | **CONTINUANCE OF STATUS HEARING AND** |
| | ) | **FINDINGS OF EXCLUDABLE TIME** |
| JORGE ALVAREZ ALVAREZ, et al., | ) | |
| | ) | DATE:  July 26, 2010 |
| Defendants. | ) | TIME:  8:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| _____ | ) | |

   JORGE ALVAREZ ALVAREZ, by and through his counsel MICHAEL L. CHASTAINE, JORGE GUTIERREZ CAMACHO by and through his attorney DINA L. SANTOS, JASMINE MAUREEN COOK-VENEGAS by and through her counsel J. TONEY, MIGUEL RUIZ MARTINEZ, by and through his counsel CLEMENTE M. JIMENEZ, JUAN BERNARDO RODRIGUEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, TODD D. LERAS, Assistant United States Attorney, hereby agree that the status conference set for June 14, 2010, be continued for a status conference on July 26, 2010, at 8:30 a.m.  This continuance is requested because counsel for the defendants require additional time to obtain and review discovery, continue our investigation, and to interview our clients and other

1  witnesses.  The defendants in this case consent to this continuance.
2         Counsel, along with the defendants agree that the time from the
3  date of this order through July 26, 2010, should be excluded in
4  computing the time within which trial must commence under the Speedy
5  Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to
6  prepare].

7  DATED: June 10, 2010           Respectfully submitted,

8                                 DANIEL J. BRODERICK
                                  Federal Defender
9
                                  /S/ Dennis S. Waks
10                                _____
                                  DENNIS S. WAKS
11                                Supervising Assistant Federal Defender
                                  Attorney for Defendant
12                                JUAN BERNARDO RODRIGUEZ
   DATED: June 10, 2010
13                                /S/ Dennis S. Waks for
                                  _____
14                                MICHAEL L. CHASTAINE
                                  Attorney for JORGE ALVAREZ ALVAREZ
15 DATED: June 10, 2010
                                  /S/ Dennis S. Waks for
16                                _____
                                  DINA LEE SANTOS
17                                Attorney for JORGE GUTIERREZ CAMACHO
   DATED: June 10, 2010
18
                                  /S/ Dennis S. Waks for
19                                _____
                                  J. TONY, Attorney for
20                                JASMINE MAUREEN COOK-VENEGAS
   DATED: June 10, 2010
21
                                  /S/ Dennis S. Waks for
22                                _____
                                  CLEMENTE M. JIMENEZ
23                                Attorney for MIGUEL RUIZ MARTINEZ

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

1  DATE:  June 10, 2010           BENJAMIN B. WAGNER
2                                 United States Attorney
3
4                                 /S/ Dennis S. Waks for
                                  _____
5                                 TODD D. LERAS
                                  Assistant United States Attorney

DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN BERNARDO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ALVAREZ ALVAREZ, et al.,<br><br>　　　　　　Defendants. | NO. CR.S. 09-00224-WBS<br><br>**ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:　July 26, 2010<br>TIME:　8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

　　The new status conference is set for July 26, 2010, at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time is excluded from the date of this order through July 26, 2010, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare.]

DATED:　June 15, 2010

　　　　　　　　　　　　　　　/s/ William B. Shubb
　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE