```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN BERNARDO RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-00224-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER RE:** |
| v. ) | **CONTINUANCE OF STATUS HEARING AND** |
| ) | **FINDINGS OF EXCLUDABLE TIME** |
| JORGE ALVAREZ ALVAREZ, et al., ) | |
| ) | DATE:  November 8, 2010 |
| Defendants. ) | TIME:  8:30 a.m. |
| ) | JUDGE: Hon. William B. Shubb |

JORGE ALVAREZ ALVAREZ, by and through his counsel MICHAEL L. CHASTAINE, JORGE GUTIERREZ CAMACHO by and through his attorneys MICHAEL McDONNELL AND SAJI VETTIYIL, JASMINE MAUREEN COOK-VENEGAS by and through her counsel J. TONEY, MIGUEL RUIZ MARTINEZ, by and through his counsel CLEMENTE M. JIMENEZ, JUAN BERNARDO RODRIGUEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, TODD D. LERAS, Assistant United States Attorney, hereby agree that the status conference set for October 4, 2010, be continued for a status conference on November 8, 2010, at 8:30 a.m.  This continuance is requested because counsel for the defendants require additional time to obtain and review discovery, continue our investigation, and to

1  interview our clients and other witnesses.  The defendants in this case
2  consent to this continuance.
3       Counsel, along with the defendants agree that the time from the
4  date of this order through November 8, 2010, should be excluded in
5  computing the time within which trial must commence under the Speedy
6  Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to
7  prepare].

8  DATED: September 30, 2010        Respectfully submitted,

9                                   DANIEL J. BRODERICK
                                    Federal Defender
10
                                    /S/ Dennis S. Waks
11                                  _____
                                    DENNIS S. WAKS
12                                  Supervising Assistant Federal Defender
                                    Attorney for Defendant
13                                  JUAN BERNARDO RODRIGUEZ
   DATED: September 30, 2010
14                                  /S/ Dennis S. Waks for
                                    _____
15                                  MICHAEL L. CHASTAINE
                                    Attorney for JORGE ALVAREZ ALVAREZ
16 DATED: September 30, 2010
                                    /S/ Dennis S. Waks for
17                                  _____
                                    MICHAEL McDONNELL and SAJI VETTIYIL
18                                  Attorneys for JORGE GUTIERREZ CAMACHO
   DATED: September 30, 2010
19
                                    /S/ Dennis S. Waks for
20                                  _____
                                    J. TONY, Attorney for
21                                  JASMINE MAUREEN COOK-VENEGAS
   DATED: September 30, 2010
22
                                    /S/ Dennis S. Waks for
23                                  _____
                                    CLEMENTE M. JIMENEZ
24                                  Attorney for MIGUEL RUIZ MARTINEZ

25 / / /
26 / / /
27 / / /
28 / / /

2

```
1  DATE:   September 30, 2010        BENJAMIN B. WAGNER
                                     United States Attorney
2

3
                                     /S/ Dennis S. Waks for
4                                    _____
                                     TODD D. LERAS
5                                    Assistant United States Attorney
```

```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN BERNARDO RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>       v.<br><br>JORGE ALVAREZ ALVAREZ, et al.,<br><br>  Defendants. | NO. CR.S. 09-00224-WBS<br><br>**ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:  November 8, 2010<br>TIME:  8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for November 8, 2010, at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time is excluded from the date of this order through November 8, 2010, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare.]

DATED: September 30, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE