HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUAN BERNARDO RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JUAN BERNARDO RODRIGUEZ,<br><br>             Defendant. | No. Cr. S 09-224-05 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, JUAN BERNARDO RODRIGUEZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.   On December 20, 2012, this Court sentenced Mr. Rodriguez to a term of 70 months as to Count 1 and 26 months as to Count 3, to be served consecutively to each other, for a total term of 96 months imprisonment;

3. As to Count 1, his total offense level was 31, his criminal history category was V, and the resulting guideline range was 168 to 210 months. He received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Rodriguez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Rodriguez' total offense level as to Count 1 has been reduced from 31 to 29, and his amended guideline range is 140 to 175 months; a reduction comparable to the one received at the initial sentencing would produce a term of 58 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rodriguez' term of imprisonment to 58 months as to Count 1, and 26 months as to Count 3, to be served consecutively to each other, for a total term of 84 months imprisonment.

Respectfully submitted,

Dated: May 15, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: May 15, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JUAN BERNARDO RODRIGUEZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rodriguez is entitled to the benefit Amendment 782, which reduces the total offense level as to Count 1 from 31 to 29, resulting in an amended guideline range of 140 to 175 months. A reduction comparable to the one received at the initial sentencing would produce a term of 58 months. In reviewing the file in this matter the court has considered not just the original Presentence Report, but the letter submitted by the

government at the time of sentencing, requesting a departure under § 5K1.1 of the Sentencing Guidelines. For the same reasons that the court considered in reducing the original sentence below the applicable guidelines, the court now finds it appropriate to reduce the sentence below the newly calculated guidelines. The court notes that it is only reducing the term imposed on the drug count, and not the term imposed for the non-drug offense. After considering all of the relevant factors set forth in 18 U.S.C. § 3553(a),

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2012 is reduced to a term of to 58 months as to Count 1, and 26 months as to Count 3, to be served consecutively to each other, for a total term of 84 months imprisonment.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rodriguez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: May 26, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE